IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| The United States of America for the use and benefit of Piedmont Piping Mechanical Contracting, Inc., | ) ) ) ) | C/A:     3:10-3299-JFA |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| Travelers Casualty and Surety Company of America; JCH Development Group, LLC; INTECON, Inc.; and James Christopher Harm, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon motion of the plaintiff for an order entering judgment against the defendants pursuant to an arbitration award dated December 17, 2011, and issued to the parties on January 18, 2012.

This court has previously stayed this case pending the outcome of the arbitration proceeding between the plaintiff and the defendants in this action.

For good cause shown, the Clerk shall enter judgment in favor of the plaintiff and against JCH Development Group, LLC, and INTECON, Inc., jointly and severally, in the amount of One Hundred Thirteen Thousand Two Hundred Nine ($113,209.00) Dollars.  It is further ordered that James Christopher Harm is dismissed from this action in his individual capacity, with prejudice.

IT IS SO ORDERED.

January 26, 2012                              Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge